**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6352**

---

JUSTIN HAWKINS, a/k/a Justin Antonio Hawkins,

        Plaintiff - Appellant,

      v.

SHERIFF ROBERT FOUNTAIN; CHIEF FRED ROBERTSON; WOODROW DAVID YANCEY; J. YANCEY-WASHINGTON; GRANVILLE COUNTY COURTHOUSE; JOHN DOE SURETY COMPANY; GRANVILLE COUNTY; GRANVILLE COUNTY CLERK OF COURT,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-ct-03076-M-RJ)

---

Submitted:  October 30, 2025          Decided:  November 4, 2025

---

Before RUSING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Justin Antonio Hawkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Hawkins appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we deny Hawkins's motion to appoint counsel and affirm the district court's order. *Hawkins v. Fountain*, No. 5:24-ct-03076-M-RJ (E.D.N.C. Apr. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*